# NO. 12-21-00091-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROBERT HALLETT, M.D.,* *APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | | |
| *KAYWIN CARTER, M.D., DAVID BAILEY, M.D., RAVINDER BACHIREDDY, M.D., AND MEMORIAL HEALTH SYSTEM OF TEXAS, INDIVIDUALLY AND D/B/A CHI ST. LUKE'S HEALTH MEMORIAL LUFKIN, APPELLEES* | § § | *JUDICIAL DISTRICT COURT* |
| | § | *ANGELINA COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

Appellant, Robert Hallett, M.D., filed a notice of appeal on June 15, 2021. On June 16, the Clerk of this Court notified Appellant that the notice of appeal failed to contain the information specifically required by Texas Rules of Appellate Procedure 9.5 and Section 51.017(a) of the Texas Civil Practice and Remedies Code. *See* TEX. R. APP. P. 9.5 (service); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record). The notice warned that, unless Appellant filed a proper notice of appeal on or before July 16, the appeal would be referred to the Court for dismissal. This deadline passed and Appellant has not filed a compliant notice of appeal or otherwise responded to this Court's June 16 notice.

Because Appellant failed, after notice, to comply with Rule 9.5 and Section 51.017(a), the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c) (on its own initiative after giving ten days'

notice to all parties, appellate court may dismiss appeal if appeal is subject to dismissal because appellant failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered July 30, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 30, 2021**

**NO. 12-21-00091-CV**

**ROBERT HALLETT, M.D.,**
Appellant
V.
**KAYWIN CARTER, M.D., DAVID BAILEY, M.D., RAVINDER BACHIREDDY, M.D., AND MEMORIAL HEALTH SYSTEM OF TEXAS, INDIVIDUALLY AND D/B/A CHI ST. LUKE'S HEALTH MEMORIAL LUFKIN,**
Appellees

Appeal from the 159th District Court
of Angelina County, Texas (Tr.Ct.No. CV-00065-20-02)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*